JEANNE SCHERER, Chief Counsel
LAUREN A. MACHADO, Deputy Chief Counsel
DOUG JOHNSON, Assistant Chief Counsel
KATHRYN PAPALIA, Deputy Attorney, Bar No. 173472
NAVTEJ BASSI, Deputy Attorney, Bar No. 188406
Attorneys for California Department of Transportation
1120 N Street (MS 57), P.O. Box 1438
Sacramento, CA  95812-1438
Telephone:  (916) 654-2630
Facsimile:  (916) 654-6128

*The State of California is exempt from filing fees under Government Code section 6103*

Attorneys for Defendant
CALIFORNIA DEPARTMENT OF TRANSPORTATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| M. FAZLE RABBI, an individual, | Case No. 1:16-CV-01108-LJO-BAM |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER** |
| v. | |
| CALIFORNIA STATE DEPARTMENT OF TRANSPORTATION, a public entity; and Does 1 through 25, inclusive, | |
| Defendants | Complaint Filed: July 28, 2016 |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Defendant CALIFORNIA STATE DEPARTMENT OF TRANSPORTATION may have additional time within which to respond to plaintiff's complaint.  Therefore, the last day for defendant to answer or otherwise respond to plaintiff's complaint is Thursday, September 29, 2016.

Good cause exists for this extension as defense counsel has just been assigned to this case and requires time to become knowledgeable about the case to prepare an initial pleading.

Response to the complaint is currently due on September 15, 2016.  No prior extensions of time for responding have been sought or granted and the requested extension is not more than 21 days.

This document is being electronically filed through the Court's ECF System.  In this regard, counsel for Defendant hereby attests that (1) the content of this document is acceptable to all persons

1  required to sign the document; (2) Plaintiff's counsel has concurred with the filing of this document;
2  and (3) a record supporting this concurrence is available for inspection or production if so ordered.
3  ///

4                      Respectfully submitted,

5                      CALIFORNIA STATE DEPARTMENT OF TRANSPORTATION
6

7  DATED: September 9, 2016      By:     */s/ Kathryn Papalia*
                       KATHRYN PAPALIA
8                      Attorney for Defendant
                       CALIFORNIA STATE DEPARTMENT OF
9                      TRANSPORTATION

10

11 DATED: September 9, 2016      LAW OFFICE OF AMY R. LOVEGREN-TIPTON, APLC
12

13                     By:     */s/Amy R. Lovegren-Tipton*
                       AMY R. LOVEGREN-TIPTON
14                     Attorneys for Plaintiff
15                     M. FAZLE RABBI

16
17
18                                 **ORDER**

19     Pursuant to the parties' stipulation, **IT IS SO ORDERED.** Defendant should answer or
20 otherwise respond to Plaintiff's complaint on or before Thursday, September 29, 2016.

21
22

23 Dated: **September 13, 2016**        */s/ Barbara A. McAuliffe*
24                               UNITED STATES MAGISTRATE JUDGE

25
26
27
28

STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER